MARY A. E. LA DUKE, Respondent, *v.* THE VILLAGE OF FULTON, Appellant.

(Submitted June 27, 1887; decided October 4, 1887.)

*Wm. C. Stephens* for appellant.

*Wm. E. Ayers* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.